AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Richardson, Julius N. | Fourth Circuit Court of Appeals | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1100 Laurel Street
Columbia, South Carolina 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Goldman Sachs | Line of Credt | M |
| 2. | Bank of America | Line of Credit | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Citizens Bank - Cash Account #1 | A | Interest | J | T | | | | | |
| 2. Bank of America - Cash Account #2 | A | Interest | K | T | | | | | |
| 3. Goldman Sachs - Cash Account #3 | B | Interest | J | T | | | | | |
| 4. Trust #1 (H) | | | | | | | | | |
| 5. - GS Strategic Factor Allocation Fund Institutional | A | Dividend | K | T | Sold (part) | 04/04/18 | J | | |
| 6. - GS International Equity Insights Fund I | A | Dividend | K | T | Buy (add'l) | 04/17/18 | J | | |
| 7. - GS U.S. Equity Dividend and Premium Fund Institutional Shares | A | Dividend | J | T | | | | | |
| 8. - GS International Small Cap Insights Fund I | A | Dividend | J | T | | | | | |
| 9. - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | J | T | | | | | |
| 10. - GS High Yield Floating Rate Fund Institutional Shares | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 11. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | K | T | | | | | |
| 12. GS Small/MID Cap Growth Fund Class P | | None | J | T | Buy | 04/17/18 | J | | |
| 13. Trust #2 (H) | | | | | | | | | |
| 14. - GS Strategic Factor Allocation Fund Institutional | B | Dividend | M | T | Sold (part) | 04/04/18 | J | A | |
| 15. - GS International Equity Insights Fund I | B | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | |
| 16. - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | K | T | Buy (add'l) | 04/17/18 | J | | |
| 17. - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - GS U.S. Equity Dividend and Premium Fund Institutional Shares | A | Dividend | L | T | | | | | |
| 19. - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | | | | | |
| 20. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 21. - GS Small/MID Cap Growth Fund Class P | | | J | T | Buy | 04/17/18 | J | | |
| 22. Trust #3 (H) | | | | | | | | | |
| 23. - GS Strategic Factor Allocation Fund Institutional | B | Dividend | M | T | Sold (part) | 04/04/18 | J | A | |
| 24. - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | K | T | Buy (add'l) | 04/17/18 | J | | |
| 25. - GS International Equity Insights Fund I | B | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | |
| 26. - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |
| 27. -GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | L | T | | | | | |
| 28. - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | | | | | |
| 29. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 30. - GS Small/MID Cap Growth Fund Class P | | | J | T | Buy | 04/17/18 | J | | |
| 31. Trust #4 (H) | | | | | | | | | |
| 32. - GS Strategic Factor Allocation Fund Institutional | B | Dividend | M | T | Sold (part) | 04/04/18 | J | A | |
| 33. - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | K | T | Buy (add'l) | 04/17/18 | J | | |
| 34. - GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - GS International Equity Insights Fund I | B | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | |
| 36. - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |
| 37. - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | | | | | |
| 38. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 39. - GS Small/MID Cap Growth Fund Class P | | | J | T | Buy | 04/17/18 | J | | |
| 40. Investment Account #1 (H) | | | | | | | | | |
| 41. - Vanguard Index Funds Vanguard Total STK MKT ETF | C | Dividend | | | Buy | 09/11/18 | O | | |
| 42. | | | | | Sold | 12/19/18 | O | | |
| 43. - Amex Consumers Staples Select Fund 'SPDR' | D | Dividend | O | T | Buy | 12/19/18 | O | | |
| 44. - The Financial Select Sector SPDR Fund | A | Dividend | J | T | Buy | 09/18/18 | K | | |
| 45. -Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 46. - Johnson & Johnson Common | C | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 47. | | | | | Sold (part) | 02/09/18 | J | | |
| 48. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 49. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 50. | | | | | Sold (part) | 05/22/18 | J | | |
| 51. | | | | | Buy (add'l) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/21/18 | J | | |
| 53. | | | | | Donated | | | | |
| 54.   - Automatic Data Processing Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 55. | | | | | Sold (part) | 02/09/18 | J | | |
| 56. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 57. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 58. | | | | | Sold | 08/21/18 | J | A | |
| 59.   - Apple Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 60. | | | | | Sold (part) | 02/09/18 | J | | |
| 61. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 62. | | | | | Donated | | | | |
| 63.   - Microsoft Corp. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 64. | | | | | Donated | | | | |
| 65.   - Amazon.com Inc Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 66. | | | | | Donated | | | | |
| 67.   - Alphabet Inc. Common Class A | | | | | Sold (part) | 01/09/18 | J | C | |
| 68. | | | | | Buy (add'l) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/17/18 | J | | |
| 70. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 71. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 72. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 73. | | | | | Sold (part) | 06/25/18 | J | A | |
| 74. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 75. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 76. | | | | | Sold | 08/21/18 | J | D | |
| 77. - Facebook, Inc. Common Class A | | | | | Buy (add'l) | 01/09/18 | J | | |
| 78. | | | | | Sold (part) | 02/09/18 | J | | |
| 79. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 80. | | | | | Donated | | | | |
| 81. - JPMorgan Chase & CO Common | A | Dividend | | | Buy (add'l) | 06/25/18 | J | | |
| 82. | | | | | Sold | 08/21/18 | K | D | |
| 83. - The Home Depot, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | C | |
| 84. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 85. | | | | | Sold (part) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 87. | | | | | Sold | 08/21/18 | J | A | |
| 88.  - Berkshire Hathaway Inc. Class B | | | | | Buy (add'l) | 02/09/18 | J | | |
| 89. | | | | | Sold (part) | 06/25/18 | J | | |
| 90. | | | | | Sold | 08/21/18 | J | C | |
| 91.  - PFizer Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |
| 92. | | | | | Sold (part) | 02/09/18 | J | A | |
| 93. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 94. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 95. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 96. | | | | | Sold | 08/21/18 | J | C | |
| 97.  - Pepsico, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |
| 98. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 99. | | | | | Sold (part) | 04/17/18 | J | | |
| 100. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 101. | | | | | Sold | 08/21/18 | J | B | |
| 102.  - Philip Morris Intl inc. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 104. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 105. | | | | | Sold (part) | 05/22/18 | J | | |
| 106. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 107. | | | | | Sold | 08/21/18 | J | A | |
| 108. - Exxon Mobil Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 109. | | | | | Sold (part) | 02/09/18 | J | | |
| 110. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 111. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 112. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 113. | | | | | Sold (part) | 07/30/18 | J | | |
| 114. | | | | | Sold | 08/21/18 | J | A | |
| 115. - AT&T Inc Common | A | Dividend | | | Sold | 01/09/18 | J | | |
| 116. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 117. | | | | | Sold (part) | 05/22/18 | J | | |
| 118. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 119. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Wells Fargo & CO (New) Common | A | Dividend | | | Sold (part) | 04/17/18 | J | B | |
| 121. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 122. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 123. | | | | | Sold | 08/21/18 | J | B | |
| 124.  - Bank of America Corp Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 125. | | | | | Sold (part) | 06/25/18 | J | | |
| 126. | | | | | Sold | 08/21/18 | J | C | |
| 127.  - Alphabet Inc. Common Class C | | | | | Sold | 08/21/18 | J | D | |
| 128.  - Citigroup Inc. Common | A | Dividend | | | Sold (part) | 06/25/18 | J | | |
| 129. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 130. | | | | | Sold | 08/21/18 | J | | |
| 131.  - United Technologies Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | B | |
| 132. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 133. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 134. | | | | | Sold | 08/21/18 | J | A | |
| 135.  - Chevron Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 136. | | | | | Buy (add'l) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 08/21/18 | J | A | |
| 138. - Medtronic Public Limited Company Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 139. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 140. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 141. | | | | | Sold | 08/21/18 | J | A | |
| 142. - Dowdupont Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | B | |
| 143. - Intel Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 144. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 145. | | | | | Sold (part) | 06/25/18 | J | | |
| 146. | | | | | Sold (part) | 07/30/18 | J | B | |
| 147. | | | | | Sold | 08/21/18 | J | A | |
| 148. - Visa Inc. Common Class A | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 149. | | | | | Sold | 08/21/18 | J | C | |
| 150. - Nextera Energy, Inc. Common | | | | | Sold | 02/09/18 | J | B | |
| 151. - Netflix, Inc. Common | | | | | Sold (part) | 01/09/18 | J | B | |
| 152. | | | | | Sold | 08/21/18 | J | C | |
| 153. - Unitedhealth Group Incorporate Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/09/18 | J | | |
| 155. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 156. | | | | | Sold | 08/21/18 | J | B | |
| 157. - Cisco Systems, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 158. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 159. | | | | | Sold | 08/21/18 | J | B | |
| 160. - Emerson Electric Co. Common | A | Dividend | | | Sold | 08/21/18 | J | B | |
| 161. - Boeing Company Common | A | Dividend | | | Sold | 08/21/18 | J | C | |
| 162. - Procter & Gamble Company (THE) Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 163. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 164. | | | | | Sold (part) | 04/17/18 | J | | |
| 165. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 166. | | | | | Sold | 08/21/18 | J | B | |
| 167. - Consolidated Edison Inc. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 168. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 169. | | | | | Sold | 08/21/18 | J | A | |
| 170. - McDonalds Corp Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 172. | | | | | Sold (part) | 05/22/18 | J | | |
| 173. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 174. | | | | | Sold | 08/21/18 | J | A | |
| 175. - Gilead Sciences Common | A | Dividend | | | Sold (part) | 06/25/18 | J | A | |
| 176. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 177. | | | | | Sold | 08/21/18 | J | | |
| 178. - Oracle Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 179. | | | | | Sold (part) | 02/09/18 | J | | |
| 180. | | | | | Sold (part) | 04/17/18 | J | | |
| 181. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 182. | | | | | Sold (part) | 06/25/18 | J | | |
| 183. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 184. | | | | | Sold | 08/21/18 | J | A | |
| 185. - Walmart Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 186. | | | | | Sold (part) | 04/17/18 | J | | |
| 187. | | | | | Sold (part) | 05/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 189. | | | | | Sold | 08/21/18 | J | A | |
| 190. - American Tower Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | B | |
| 191. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 192. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 193. | | | | | Sold (part) | 06/25/18 | J | | |
| 194. | | | | | Sold | 08/21/18 | J | A | |
| 195. - 3M Company Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 196. | | | | | Sold (part) | 06/25/18 | J | | |
| 197. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 198. | | | | | Sold | 08/21/18 | J | | |
| 199. - Danaher Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 200. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 201. | | | | | Sold | 08/21/18 | J | A | |
| 202. - Intl Business Machines Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 203. | | | | | Sold (part) | 05/22/18 | J | | |
| 204. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 206. | | | | | Sold | 08/21/18 | J | A | |
| 207.   - PPG Industires, Inc. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 208. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 209. | | | | | Sold (part) | 06/25/18 | J | | |
| 210. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 211. | | | | | Sold | 08/21/18 | J | A | |
| 212.   - Verizon Communications, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 213. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 214. | | | | | Sold (part) | 03/13/18 | J | | |
| 215. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 216. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 217. | | | | | Sold | 08/21/18 | J | B | |
| 218.   - Comcast Corporation Common Class A Voting | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 219. | | | | | Sold (part) | 03/13/18 | J | | |
| 220. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 221. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222.  - Abbvie Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 223. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 224. | | | | | Sold (part) | 04/17/18 | J | | |
| 225. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 226. | | | | | Sold (part) | 06/25/18 | J | | |
| 227. | | | | | Sold (part) | 07/30/18 | J | | |
| 228. | | | | | Sold | 08/21/18 | J | A | |
| 229.  - Amgen Inc. Common | A | Dividend | | | Sold (part) | 04/17/18 | J | A | |
| 230. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 231. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 232. | | | | | Sold | 08/21/18 | J | A | |
| 233.  - Paychex, Inc. Common | A | Dividend | | | Sold | 07/30/18 | J | A | |
| 234.  - Union Pacific Corp. Common | A | Dividend | | | Sold | 08/21/18 | J | B | |
| 235.  - Nvidia Corporation Common | A | Dividend | | | Buy (add'l) | 07/30/18 | J | | |
| 236. | | | | | Sold | 08/21/18 | J | B | |
| 237.  - Qualcomm Inc Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 238. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 08/21/18 | J | A | |
| 240. - Estee Lauder Cos inc CL-A Common Class A | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |
| 241. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 242. | | | | | Sold | 08/21/18 | J | A | |
| 243. - U.S. Bancorp Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 244. | | | | | Sold (part) | 04/17/18 | J | | |
| 245. | | | | | Sold (part) | 05/22/18 | J | | |
| 246. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 247. | | | | | Sold | 08/21/18 | J | A | |
| 248. - Texas Instruments Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 249. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 250. | | | | | Sold (part) | 04/17/18 | J | | |
| 251. | | | | | Sold | 08/21/18 | J | A | |
| 252. - Zimmer Biomet Holdings Inc | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 253. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 254. | | | | | Sold | 04/17/18 | J | | |
| 255. - Activision Blizzard Inc | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 257. | | | | | Sold | 08/21/18 | J | A | |
| 258. - Vertex Pharmaceuticals Incorpo Common | | | | | Sold (part) | 02/09/18 | J | B | |
| 259. | | | | | Sold | 08/21/18 | J | A | |
| 260. - Ebay Inc. Common | | | | | Sold (part) | 01/09/18 | J | A | |
| 261. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 262. | | | | | Sold (part) | 04/17/18 | J | | |
| 263. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 264. | | | | | Sold | 07/30/18 | J | | |
| 265. - Anthem, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |
| 266. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 267. | | | | | Sold (part) | 04/17/18 | J | | |
| 268. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 269. | | | | | Sold | 08/21/18 | J | A | |
| 270. - Charter Communications, Inc. Common | | | | | Sold (part) | 01/09/18 | J | A | |
| 271. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 272. | | | | | Sold (part) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 274. | | | | | Sold | 08/21/18 | J | A | |
| 275.  - Lockheed Martin Corporation Common | A | Dividend | | | Buy (add'l) | 06/25/18 | J | | |
| 276. | | | | | Sold | 08/21/18 | J | A | |
| 277.  - Eli Lilly & Co Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 278. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 279. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 280. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 281. | | | | | Sold | 08/21/18 | J | B | |
| 282.  - Constellation Brands Inc Common Class A | A | Dividend | | | Sold (part) | 04/17/18 | J | B | |
| 283. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 284. | | | | | Sold | 07/30/18 | J | | |
| 285.  - Starbucks Corp. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 286. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 287. | | | | | Sold (part) | 06/25/18 | J | | |
| 288. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 289. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Walt Disney Company Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 291. | | | | | Sold (part) | 02/09/18 | J | | |
| 292. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 293. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 294. | | | | | Sold (part) | 05/22/18 | J | | |
| 295. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 296. | | | | | Sold | 08/21/18 | J | A | |
| 297.  - Charles Schwab Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 298.  - Accenture PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 299. | | | | | Sold (part) | 04/17/18 | J | A | |
| 300. | | | | | Sold | 08/21/18 | J | A | |
| 301.  - Cigna Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 302. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 303. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 304. | | | | | Sold (part) | 06/25/18 | J | | |
| 305. | | | | | Sold | 08/21/18 | J | A | |
| 306.  - Mastercard Incorporation Common Class A | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 308. | | | | | Sold | 08/21/18 | J | B | |
| 309. - Capitol One Financial Corp Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 310. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 311. | | | | | Sold (part) | 04/17/18 | J | | |
| 312. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 313. | | | | | Sold | 08/21/18 | J | A | |
| 314. - Baxter International Inc Common | A | Dividend | | | Sold (part) | 01/09/18 | J | B | |
| 315. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 316. | | | | | Sold | 08/21/18 | J | A | |
| 317. - CVS Health Corp Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 318. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 319. | | | | | Sold (part) | 04/17/18 | J | | |
| 320. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 321. | | | | | Sold | 08/21/18 | J | A | |
| 322. - Prudential Financial Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 323. | | | | | Sold (part) | 05/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 06/25/18 | J | | |
| 325. - Altria Group, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 326. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 327. | | | | | Sold (part) | 03/13/18 | J | | |
| 328. | | | | | Sold (part) | 04/17/18 | J | | |
| 329. | | | | | Sold (part) | 05/22/18 | J | | |
| 330. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 331. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 332. | | | | | Sold | 08/21/18 | J | A | |
| 333. - Nike Class-B Common Class B | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 334. | | | | | Sold | 02/09/18 | J | A | |
| 335. | | | | | Sold | 08/21/18 | J | B | |
| 336. - Lowes Companies Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 337. | | | | | Sold (part) | 04/17/18 | J | | |
| 338. | | | | | Sold | 08/21/18 | J | A | |
| 339. - The Bank of NY Mellon Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 340. | | | | | Sold (part) | 04/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 342. | | | | | Sold (part) | 07/30/18 | J | | |
| 343. | | | | | Sold | 08/21/18 | J | A | |
| 344.  - Colgate-Palmolive Co Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 345. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 346. | | | | | Sold (part) | 04/17/18 | J | | |
| 347. | | | | | Sold | 05/22/18 | J | | |
| 348.  - COCA-COLA Compant (THE) Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 349. | | | | | Sold (part) | 02/09/18 | J | | |
| 350. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 351. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 352. | | | | | Sold (part) | 05/22/18 | J | | |
| 353. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 354. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 355. | | | | | Sold | 08/21/18 | J | A | |
| 356.  - Broadcom Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 357. | | | | | Sold (part) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 359. | | | | | Sold (part) | 05/22/18 | J | | |
| 360. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 361. | | | | | Sold | 07/30/18 | J | | |
| 362. - Blackrock, Inc. Common | A | Dividend | | | Buy (add'l) | 06/25/18 | J | | |
| 363. | | | | | Sold | 08/21/18 | J | A | |
| 364. - Mondelez International, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 365. | | | | | Sold (part) | 04/17/18 | J | | |
| 366. | | | | | Sold (part) | 05/22/18 | J | | |
| 367. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 368. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 369. | | | | | Sold | 08/21/18 | J | A | |
| 370. - Stanley Black & Decker, Inc. Common | | | | | Sold (part) | 02/09/18 | J | A | |
| 371. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 372. | | | | | Sold (part) | 05/22/18 | J | | |
| 373. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 374. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Applied Materials Inc Common | A | Dividend | | | Sold (part) | 04/17/18 | J | A | |
| 376. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 377. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 378. | | | | | Sold | 08/21/18 | J | B | |
| 379. - Fedex Corp Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 380. - Cognizant Technology Solutions Corp Class A | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 381. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 382. | | | | | Sold (part) | 05/22/18 | J | | |
| 383. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 384. | | | | | Sold | 08/21/18 | J | | |
| 385. - Bristol-Myers Squibb Company Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 386. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 387. | | | | | Sold (part) | 04/17/18 | J | | |
| 388. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 389. | | | | | Sold | 08/21/18 | J | A | |
| 390. - Ecolab Inc. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 391. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 06/25/18 | J | | |
| 393. - Western Digital Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 394. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 395. | | | | | Sold (part) | 06/25/18 | J | | |
| 396. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 397. | | | | | Sold | 08/21/18 | J | | |
| 398. - United Parcel Service, Inc. Class B Common Stock | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 399. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 400. | | | | | Sold | 08/21/18 | J | A | |
| 401. - Caterpillar Inc (Delaware) Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 402. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 403. | | | | | Sold (part) | 06/25/18 | J | | |
| 404. | | | | | Sold | 08/21/18 | J | A | |
| 405. - Ameren Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 406. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 407. | | | | | Sold | 08/21/18 | J | A | |
| 408. - Fortive Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 410. | | | | | Sold | 08/21/18 | J | A | |
| 411. - Honeywell Intl Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 412. | | | | | Sold (part) | 06/25/18 | J | A | |
| 413. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 414. | | | | | Sold | 08/21/18 | J | | |
| 415. - Merck & Co., Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 416. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 417. | | | | | Sold (part) | 03/13/18 | J | | |
| 418. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 419. | | | | | Sold (part) | 05/22/18 | J | | |
| 420. | | | | | Sold | 08/21/18 | J | B | |
| 421. - Twenty-First Century Fox, Inc. Common Class A | A | Dividend | | | Sold | 08/21/18 | J | B | |
| 422. - Conocophillips Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 423. | | | | | Sold | 08/21/18 | J | B | |
| 424. - Chubb Ltd Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 425. | | | | | Sold (part) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 427. | | | | | Sold | 08/21/18 | J | | |
| 428. - EOG Resources Inc Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 429. - Analog Devices, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 430. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 431. | | | | | Sold | 08/21/18 | J | A | |
| 432. - Autozone, Inc. Common | | | | | Sold | 07/30/18 | J | A | |
| 433. - VF Corp Common | | | | | Sold | 02/09/18 | J | A | |
| 434. - Genpact Limited Common | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 435. - Kroger Company Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 436. | | | | | Sold | 08/21/18 | J | A | |
| 437. - Sherwin-Williams Co Common | | | | | Sold | 02/09/18 | J | A | |
| 438. - Metlife, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 439. | | | | | Sold (part) | 02/09/18 | J | | |
| 440. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 441. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 442. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 444. | | | | | Sold | 08/21/18 | J | A | |
| 445. - Ford Motor Company Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 446. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 447. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 448. | | | | | Sold | 07/30/18 | J | | |
| 449. - Abbott Laboratories Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 450. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 451. | | | | | Sold | 08/21/18 | J | A | |
| 452. - Kimco Realty Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 453. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 454. | | | | | Sold | 05/22/18 | J | | |
| 455. - Lennar Corporation Common Class A | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 456. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 457. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 458. | | | | | Sold (part) | 04/17/18 | J | | |
| 459. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 150

**Name of Person Reporting**

Richardson, Julius N.

**Date of Report**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 461. | | | | | Sold | 08/21/18 | J | A | |
| 462. - Regeneron Pharmaceutical Inc Common | | | | | Sold (part) | 01/09/18 | J | | |
| 463. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 464. | | | | | Sold (part) | 05/22/18 | J | | |
| 465. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 466. | | | | | Sold | 08/21/18 | J | A | |
| 467. - Welltower Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 468. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 469. | | | | | Sold | 08/21/18 | J | A | |
| 470. - Paypal Holdings, Inc. Common | | None | | | Buy (add'l) | 01/09/18 | J | | |
| 471. | | | | | Sold (part) | 02/09/18 | J | | |
| 472. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 473. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 474. | | | | | Sold | 08/21/18 | J | A | |
| 475. - Salesforce.com, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 476. | | | | | Sold (part) | 02/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 478. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 479. | | | | | Sold (part) | 05/22/18 | J | | |
| 480. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 481. | | | | | Sold | 08/21/18 | J | A | |
| 482.  - Aetna Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 483. | | | | | Sold (part) | 03/13/18 | J | | |
| 484. | | | | | Sold | 08/21/18 | J | A | |
| 485.  - Ingersoll-Rand PLC Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 486. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 487. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 488. | | | | | Sold | 08/21/18 | J | B | |
| 489.  - Synchrony Financial Common | A | Dividend | | | Sold | 07/30/18 | J | | |
| 490.  - Simon Property Group Inc Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 491. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 492. | | | | | Sold (part) | 04/17/18 | J | | |
| 493. | | | | | Buy (add'l) | 05/22/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 150

**Name of Person Reporting**

Richardson, Julius N.

**Date of Report**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 08/21/18 | J | A | |
| 495.  - Watsco Inc. Common | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 496.  - Ameriprise Financial, Inc. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 497. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 498. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 499. | | | | | Sold | 08/21/18 | J | | |
| 500.  - S&P Global Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 501.  - Xcel Energy Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 502. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 503. | | | | | Sold | 08/21/18 | J | A | |
| 504.  - HP Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 505.  - Delta Air Lines, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 506.  - Illinois Tool Works Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 507. | | | | | Sold (part) | 04/17/18 | J | | |
| 508. | | | | | Sold (part) | 05/22/18 | J | A | |
| 509. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 510. | | | | | Buy (add'l) | 06/25/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Sold | 08/21/18 | J | | |
| 512.  - Fastenal Company Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 513.  - Allergan PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 514. | | | | | Sold (part) | 04/17/18 | J | | |
| 515. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 516. | | | | | Sold | 08/21/18 | J | A | |
| 517.  - Target Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 518. | | | | | Sold (part) | 04/17/18 | J | A | |
| 519. | | | | | Sold | 08/21/18 | J | A | |
| 520.  - Suntrust Banks Inc Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 521.  - Biogen Inc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 522. | | | | | Sold (part) | 03/13/18 | J | | |
| 523. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 524. | | | | | Sold | 08/21/18 | J | A | |
| 525.  - Morgan Stanley Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 526. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 527. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 529. | | | | | Sold | 08/21/18 | J | | |
| 530. - PPL Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 531. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 532. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 533. | | | | | Sold | 08/21/18 | J | A | |
| 534. - Northrop Grumman Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 535. | | | | | Sold | 05/22/18 | J | | |
| 536. | | | | | Sold | 08/21/18 | J | A | |
| 537. - Phillips 66 Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 538. | | | | | Sold | 08/21/18 | J | B | |
| 539. - Express Scripts Holding Compan Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 540. | | | | | Sold (part) | 04/17/18 | J | | |
| 541. | | | | | Sold | 08/21/18 | J | A | |
| 542. - Occidental Petroleum Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 543. | | | | | Sold | 08/21/18 | J | A | |
| 544. - Halliburton Company Common | A | Dividend | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. - State Street Corporation (New) Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 546. | | | | | Sold (part) | 06/25/18 | J | | |
| 547. | | | | | Sold | 07/30/18 | J | | |
| 548. - Walgreens Boots Alliance, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 549. | | | | | Sold (part) | 02/09/18 | J | | |
| 550. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 551. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 552. | | | | | Sold (part) | 06/25/18 | J | | |
| 553. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 554. | | | | | Sold | 08/21/18 | J | A | |
| 555. - Norfolk Southern Corp Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 556. - Aptiv PLC Coomon | | None | | | Sold | 01/09/18 | J | A | |
| 557. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 558. | | | | | Sold | 04/17/18 | J | | |
| 559. - EQT Corporation Common | | None | | | Sold | 02/09/18 | J | | |
| 560. - Fidelity NATL Info SVCS Inc Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 561. | | | | | Buy (add'l) | 05/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 08/21/18 | J | A | |
| 563. - Intercontinental Exchange Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 564. | | | | | Sold | 08/21/18 | J | A | |
| 565. - Mohawk Insustries Inc Common Stock | | | | | Sold (part) | 04/17/18 | J | | |
| 566. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 567. | | | | | Sold | 08/21/18 | J | A | |
| 568. - Valero Energy Corporation Common | A | Dividend | | | Sold (part) | 05/22/18 | J | A | |
| 569. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 570. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 571. | | | | | Sold (part) | 07/30/18 | J | | |
| 572. | | | | | Sold | 08/21/18 | J | A | |
| 573. - CSX Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 574. | | | | | Sold | 08/21/18 | J | A | |
| 575. - Xylem Inc. Common | | | | | Sold | 02/09/18 | J | A | |
| 576. - Wesco International Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 577. - Cerner Corporation Common | | | | | Sold (part) | 01/09/18 | J | A | |
| 578. | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Date of Report

**Richardson, Julius N.**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 04/17/18 | J | | |
| 580. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 581. | | | | | Sold | 06/25/18 | J | | |
| 582.  - Marathon Petroleum Corporation Common | A | Dividend | | | Sold (part) | 05/22/18 | J | A | |
| 583. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 584. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 585. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 586. | | | | | Sold | 08/21/18 | J | A | |
| 587.  - Southwest Airlines Co Common | A | Dividend | | | Sold (part) | 05/22/18 | J | | |
| 588. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 589. | | | | | Sold | 08/21/18 | J | A | |
| 590.  - Waste Management Inc Common | | | | | Sold (part) | 02/09/18 | J | | |
| 591. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 592. | | | | | Sold (part) | 05/22/18 | J | | |
| 593. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 594. | | | | | Sold | 08/21/18 | J | A | |
| 595.  - Invesco LTD. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 597. | | | | | Sold | 06/25/18 | J | | |
| 598. - Axis Capital Holdings, LTD. Common | A | Dividend | | | Sold | 02/09/18 | J | | |
| 599. - BB&T Corporation Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 600. | | | | | Sold (part) | 07/30/18 | J | A | |
| 601. | | | | | Sold | 08/21/18 | J | A | |
| 602. - Devon Energy Corporation (New) Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 603. - General Motors Company Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 604. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 605. | | | | | Sold (part) | 04/17/18 | J | | |
| 606. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 607. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 608. | | | | | Sold | 08/21/18 | J | | |
| 609. - Marsh & McLennan Co Inc Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 610. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 611. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 612. | | | | | Sold (part) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Sold | 08/21/18 | J | A | |
| 614. - Hewlett Packard Enterprise Co Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 615. - Dominion Energy Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 616. | | | | | Sold (part) | 02/09/18 | J | | |
| 617. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 618. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 619. | | | | | Sold | 08/21/18 | J | A | |
| 620. - Regions Financial Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 621. - Essex Property Trust Inc Common | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 622. - O'Reilly Automative, Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 623. - Allegion PLC Common | | | | | Sold (part) | 01/09/18 | J | A | |
| 624. | | | | | Sold | 02/09/18 | J | A | |
| 625. - General Mills Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 626. | | | | | Sold (part) | 03/13/18 | J | | |
| 627. | | | | | Sold (part) | 04/17/18 | J | | |
| 628. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 629. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - CMS Energy Corporation Common | | | | | Sold | 02/09/18 | J | A | |
| 631. - W.W. Grainger Inc Common | A | Dividend | | | Sold | 08/21/18 | J | B | |
| 632. - Avery Dennison Corporation Common | | | | | Sold | 02/09/18 | J | A | |
| 633. - Digital Realty Trust, Inc. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 634. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 635. | | | | | Sold | 08/21/18 | J | A | |
| 636. - The Hershey Company Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 637. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 638. | | | | | Sold (part) | 04/17/18 | J | | |
| 639. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 640. | | | | | Sold | 08/21/18 | J | A | |
| 641. - Intuitive Surgical, Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 642. - Illumina, Inc Common | | | | | Sold | 08/21/18 | J | A | |
| 643. - Zoetis Inc. Common Class A | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 644. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 645. | | | | | Sold | 08/21/18 | J | A | |
| 646. - Dollar Tree Stores, Inc. Common | | | | | Sold | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. - Continental Resources, Inc Common | | | | | Sold | 08/21/18 | J | A | |
| 648. - Aflac Incorporation Common | | | | | Sold | 02/09/18 | J | A | |
| 649. - Kansas City Southern Common | A | Dividend | | | Sold | 02/09/18 | J | A | |
| 650. - Prosperity Bancshares, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 651. - KLA-TENCOR Corporation Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 652. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 653. | | | | | Sold (part) | 06/25/18 | J | | |
| 654. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 655. | | | | | Sold | 08/21/18 | J | A | |
| 656. - Allstate Corporation Common Stock | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 657. | | | | | Sold (part) | 02/09/18 | J | | |
| 658. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 659. | | | | | Sold | 05/22/18 | J | | |
| 660. - Marathon Oil Corporation Common | A | Dividend | | | Sold (part) | 05/22/18 | J | A | |
| 661. | | | | | Sold | 08/21/18 | J | A | |
| 662. - Aspen Insurance Holdings LTD Common | | | | | Sold | 01/09/18 | J | | |
| 663. - Helmerich & Payne Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  - Prologis Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 665. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 666. | | | | | Sold (part) | 03/13/18 | J | A | |
| 667. | | | | | Sold (part) | 04/17/18 | J | A | |
| 668. | | | | | Sold | 08/21/18 | J | A | |
| 669.  - Westrock Company Common | A | Dividend | | | Sold (part) | 07/30/18 | J | A | |
| 670. | | | | | Sold | 08/21/18 | J | | |
| 671.  - Raytheon Company Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 672. | | | | | Sold (part) | 06/25/18 | J | A | |
| 673. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 674. | | | | | Sold | 08/21/18 | J | A | |
| 675.  - COSTCO Wholesale Corportation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 676. | | | | | Sold (part) | 02/09/18 | J | | |
| 677. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 678. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 679. | | | | | Sold | 08/21/18 | J | A | |
| 680.  - Dollar General Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. - Micron Technology, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 682. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 683. | | | | | Sold | 08/21/18 | J | A | |
| 684. - L Brands, Inc. Common | A | Dividend | | | Sold | 05/22/18 | J | | |
| 685. - Raymond James Financial, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 686. - Acuity Brands, Inc, Common | A | Dividend | | | Sold | 02/09/18 | J | | |
| 687. - Amphenol Corp CL-A (New) Common Class A | A | Dividend | | | Sold | 02/09/18 | J | | |
| 688. - Pioneer Natural Resources Co Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 689. - United Rentals, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 690. - Realty Income Corporation Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 691. | | | | | Sold (part) | 02/09/18 | J | | |
| 692. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 693. | | | | | Sold | 08/21/18 | J | A | |
| 694. - Liberty Broadband Corp Common Class A | | | | | Sold | 04/17/18 | J | | |
| 695. - Hill-Rom Holdings, Inc Common | | | | | Sold | 01/09/18 | J | A | |
| 696. - Duke Energy Corporation Common | | | | | Sold | 01/09/18 | J | | |
| 697. - Yum Brands, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold | 08/21/18 | J | A | |
| 699. - Tyson Foods Inc CL-A Common Class A | A | Dividend | | | Sold | 05/22/18 | J | | |
| 700. - Interpublic Group COS Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 701. - Ross Stores, Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 702. | | | | | Sold | 08/21/18 | J | A | |
| 703. - Oneok Inc Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 704. - Corning Incorporated Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 705. | | | | | Sold (part) | 04/17/18 | J | | |
| 706. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 707. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 708. | | | | | Sold | 08/21/18 | J | A | |
| 709. - Scana Corp Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 710. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 711. | | | | | Sold | 08/21/18 | J | A | |
| 712. - Intuit Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 713. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 714. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Exelon Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 716. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 717. | | | | | Sold | 08/21/18 | J | A | |
| 718. - Genesee & Wyoming Inc Common Class A | | | | | Sold | 08/21/18 | J | A | |
| 719. - Deere & Company Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 720. | | | | | Sold (part) | 04/17/18 | J | | |
| 721. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 722. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 723. | | | | | Sold | 08/21/18 | J | A | |
| 724. - American Airlines Group Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 725. | | | | | Sold (part) | 04/17/18 | J | | |
| 726. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 727. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 728. | | | | | Sold | 07/30/18 | J | | |
| 729. - McKesson Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 730. | | | | | Sold (part) | 04/17/18 | J | | |
| 731. | | | | | Buy (add'l) | 05/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 07/30/18 | J | | |
| 733. - Cintas Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 734. - Viacom Inc Common Class B | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 735. - Lincoln Natl. Corp. Inc. Common | A | Dividend | | | Sold | 04/17/18 | J | | |
| 736. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 737. | | | | | Sold | 08/21/18 | J | A | |
| 738. - Intl. Flavors & Fragrance Common | A | Dividend | | | Sold | 02/09/18 | J | A | |
| 739. - Skechers USA Inc CL-A Class A | | | | | Sold | 01/09/18 | J | A | |
| 740. - Concho Resources Inc. Common | | | | | Sold (part) | 06/25/18 | J | | |
| 741. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 742. | | | | | Sold | 08/21/18 | J | | |
| 743. - Clorox Co (THE) (Delaware) Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 744. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 745. | | | | | Sold | 08/21/18 | J | A | |
| 746. - AECOM Common | | | | | Sold | 08/21/18 | J | A | |
| 747. - Moody's Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 748. - QORVO, Inc. Common | | | | | Sold | 01/09/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - CME Group Inc. Common Class A | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 750. | | | | | Sold | 08/21/18 | J | B | |
| 751. - Omnicom Group Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 752. - Hormel Foods Corportion Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 753. - PNC Financial Services Group, Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 754. | | | | | Sold | 06/25/18 | J | | |
| 755. - Kellogg Company Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 756. | | | | | Sold (part) | 04/17/18 | J | | |
| 757. | | | | | Sold | 05/22/18 | J | | |
| 758. - Marriott International, Inc. Common Class A | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 759. | | | | | Sold (part) | 02/09/18 | J | | |
| 760. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 761. | | | | | Sold (part) | 06/25/18 | J | | |
| 762. | | | | | Sold | 08/21/18 | J | A | |
| 763. - Rockwell Collins, Inc. Common | A | Dividend | | | Sold | 02/09/18 | J | A | |
| 764. - United Continental Holding Inc Common | | | | | Sold | 08/21/18 | J | A | |
| 765. - Jazz Pharmaceuticals PLC Common | | | | | Sold (part) | 01/09/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 767. | | | | | Sold | 08/21/18 | J | A | |
| 768.　- Discovery Inc - A Common Series A | | | | | Sold | 08/21/18 | J | A | |
| 769.　- Carnival Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 770. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 771. | | | | | Sold (part) | 04/17/18 | J | | |
| 772. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 773. | | | | | Sold | 07/30/18 | J | | |
| 774.　- Freeport-McMoran Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 775. | | | | | Sold (part) | 05/22/18 | J | | |
| 776. | | | | | Sold | 08/21/18 | J | A | |
| 777.　- Idex Corporation Common Stock | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 778.　- Alexandria Real Estate Equities, Inc. | A | Dividend | | | Sold | 02/09/18 | J | | |
| 779.　- Franklin Resources Inc Common | A | Dividend | | | Sold (part) | 04/17/18 | J | | |
| 780. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 781. | | | | | Sold | 08/21/18 | J | A | |
| 782.　- Vulcan Materials Co Common | A | Dividend | | | Sold (part) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 784. | | | | | Sold | 07/30/18 | J | | |
| 785.　- Equity Residential Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 786. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 787. | | | | | Sold (part) | 03/13/18 | J | | |
| 788. | | | | | Sold | 08/21/18 | J | A | |
| 789.　- Alnylam Pharmaceuticals, Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 790.　- Discovery Inc Common | | | | | Sold | 08/21/18 | J | A | |
| 791.　- Mylan NV Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 792. | | | | | Sold | 05/22/18 | J | A | |
| 793. | | | | | Sold | 07/30/18 | J | | |
| 794.　- Edison International Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 795. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 796. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 797. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 798. | | | | | Sold | 06/25/18 | J | | |
| 799.　- Citizens Financial Group, Inc. Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 06/25/18 | J | | |
| 801. | | | | | Sold | 08/21/18 | J | A | |
| 802. - Autodesk Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 803. | | | | | Sold (part) | 02/09/18 | J | | |
| 804. | | | | | Sold | 08/21/18 | J | A | |
| 805. - Hanesbrands Inc. Common | A | Dividend | | | Sold | 02/09/18 | J | | |
| 806. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 807. | | | | | Sold | 08/21/18 | J | A | |
| 808. - J.M. Smucker Company (THE) Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 809. - Newell Brands Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 810. | | | | | Sold (part) | 02/09/18 | J | | |
| 811. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 812. | | | | | Sold (part) | 04/17/18 | J | | |
| 813. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 814. | | | | | Sold | 07/30/18 | J | A | |
| 815. - Cimarex Energy Co. Common | A | Dividend | | | Sold | 07/30/18 | J | A | |
| 816. - The Williams Companies, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold (part) | 04/17/18 | J | | |
| 818. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 819. | | | | | Sold | 08/21/18 | J | A | |
| 820. - Archer-Daniels-Midland Company Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 821. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 822. | | | | | Sold | 08/21/18 | J | A | |
| 823. - Ventas, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 824. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 825. | | | | | Sold (part) | 03/13/18 | J | | |
| 826. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 827. | | | | | Sold | 08/21/18 | J | A | |
| 828. - Alleghany Corp (Delaware) Common | | | | | Sold | 02/09/18 | J | | |
| 829. - Equifax Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 830. - Andeavor Common | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 831. - Universal Health SVC CL B Common Class B | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 832. - Edwards Lifesciences Corp Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 833. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Hartford Financial SRVCS Group Common | A | Dividend | | | Sold | 01/09/18 | J | | |
| 835. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 836. | | | | | Sold | 08/21/18 | J | A | |
| 837. - Crown Castle Intl Corp Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 838. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 839. | | | | | Sold (part) | 04/17/18 | J | | |
| 840. | | | | | Sold (part) | 05/22/18 | J | | |
| 841. | | | | | Sold | 08/21/18 | J | A | |
| 842. - Charles RIV Labs Intl Inc Common | | | | | Sold | 01/09/18 | J | A | |
| 843. - Kinder Morgan Inc Common Class P | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 844. | | | | | Sold (part) | 04/17/18 | J | | |
| 845. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 846. | | | | | Sold | 08/21/18 | J | A | |
| 847. - Weyerhaeuser Company Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 848. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 849. | | | | | Sold (part) | 05/22/18 | J | A | |
| 850. | | | | | Sold | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Richardson, Julius N.                                        05/14/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - HCA Healthcare, Inc Common | A | Dividend | | | Sold (part) | 01/09/18 | J | A | |
| 852. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 853. | | | | | Sold | 08/21/18 | J | A | |
| 854. - D.R. Horton, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 855. | | | | | Sold (part) | 02/09/18 | J | | |
| 856. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 857. | | | | | Sold (part) | 06/25/18 | J | | |
| 858. | | | | | Sold | 08/21/18 | J | A | |
| 859. - Huntington Bancshares Incorpor Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 860. | | | | | Sold | 08/21/18 | J | A | |
| 861. - Centene Corporation Common | | | | | Sold | 08/21/18 | J | A | |
| 862. - Loews Corporation Common | | | | | Sold | 02/09/18 | J | | |
| 863. - American Express CO. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 864. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 865. | | | | | Sold (part) | 03/13/18 | J | | |
| 866. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 867. | | | | | Sold | 08/21/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - E*Trade Financial Corporation Common | | | | | Sold | 08/21/18 | J | A | |
| 869. - Quest Diagnostics Incorporated Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 870. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 871. | | | | | Sold | 08/21/18 | J | A | |
| 872. - Tableau Software, Inc. Common | | | | | Sold | 01/09/18 | J | A | |
| 873. - Verisk Analytics, Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 874. - TE Connectivity Ltd Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 875. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 876. | | | | | Sold (part) | 05/22/18 | J | | |
| 877. | | | | | Sold | 08/21/18 | J | A | |
| 878. - Skyworks Solutions Inc Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 879. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 880. | | | | | Sold | 07/30/18 | J | | |
| 881. - DXC Technology Company Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 882. | | | | | Sold (part) | 02/09/18 | J | | |
| 883. | | | | | Sold | 08/21/18 | J | A | |
| 884. - Amerisourcegergen Corporation Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Richardson, Julius N.

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 07/30/18 | J | | |
| 886. | | | | | Sold | 08/21/18 | J | A | |
| 887. - Iron Mountain Incorporated Common | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 888. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 889. | | | | | Sold | 05/22/18 | J | | |
| 890. - C.H. Robinson Worldwide, Inc. Common | A | Dividend | | | Sold | 07/30/18 | J | A | |
| 891. - Ally Financial Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 892. - Hain Celestial Group Inc Common | | | | | Sold | 04/17/18 | J | | |
| 893. - Tegna Inc. Common | A | Dividend | | | Sold | 04/17/18 | J | | |
| 894. - Pinnacle Foods Inc Common | A | Dividend | | | Sold | 01/09/18 | J | | |
| 895. - HD Supply Holdings, Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 896. - Hilton Worldwide Holdings, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 897. | | | | | Sold (part) | 02/09/18 | J | | |
| 898. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 899. | | | | | Sold (part) | 07/30/18 | J | | |
| 900. | | | | | Sold | 08/21/18 | J | A | |
| 901. - HCP, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 02/09/18 | J | | |
| 903. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 904. | | | | | Sold | 08/21/18 | J | A | |
| 905. - The Kraft Heinz Co Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 906. | | | | | Sold (part) | 02/09/18 | J | | |
| 907. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 908. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 909. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 910. | | | | | Sold (part) | 07/30/18 | J | | |
| 911. | | | | | Sold | 08/21/18 | J | A | |
| 912. - Neurocrine Biosciences, Inc. Common | | | | | Sold | 01/09/18 | J | A | |
| 913. - Calpine Corporation Common | | | | | Sold | 03/09/18 | J | A | |
| 914. - Transocean LTD. Common | | | | | Sold | 08/21/18 | J | A | |
| 915. - Boston Scientific Corp. Common Stock | | | | | Buy (add'l) | 01/09/18 | J | | |
| 916. | | | | | Sold (part) | 02/09/18 | J | | |
| 917. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 918. | | | | | Buy (add'l) | 04/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richardson, Julius N. | 05/14/2019 |

Richardson, Julius N.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold | 08/21/18 | J | A | |
| 920. - Micro Focus International PLC Sponsored ADR Common | | | | | Sold | 01/09/18 | J | | |
| 921. - Alaska Air Group Inc (DEL HLDG) Common | | | | | Sold | 02/09/18 | J | A | |
| 922. - National Oilwell Varco Inc Common Stock Common | A | Dividend | | | Sold | 08/21/18 | J | | |
| 923. - CDK Global Inc Common | | | | | Sold | 02/09/18 | J | | |
| 924. - Paccar Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 925. | | | | | Sold (part) | 04/17/18 | J | | |
| 926. | | | | | Sold (part) | 05/22/18 | J | | |
| 927. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 928. | | | | | Sold | 08/21/18 | J | A | |
| 929. - Pentair PLC. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 930. - Principal Financial Group, inc. Common | A | Dividend | | | Sold (part) | 03/13/18 | J | | |
| 931. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 932. | | | | | Sold (part) | 05/22/18 | J | | |
| 933. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 934. | | | | | Sold | 08/21/18 | J | A | |
| 935. - Best Buy Co Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold (part) | 02/09/18 | J | A | |
| 937. | | | | | Sold | 08/21/18 | J | A | |
| 938.  - Fortune Brands Home & Security Common | | | | | Sold (part) | 02/09/18 | J | A | |
| 939. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 940. | | | | | Sold (part) | 05/22/18 | J | | |
| 941. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 942. | | | | | Sold | 08/21/18 | J | A | |
| 943.  - First Solar, Inc. Common | | | | | Sold | 07/30/18 | J | A | |
| 944.  - Xilinx Incorporated Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 945. | | | | | Sold (part) | 04/17/18 | J | | |
| 946. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 947. | | | | | Sold (part) | 06/25/18 | J | | |
| 948. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 949. | | | | | Sold | 08/21/18 | J | | |
| 950.  - Schlumberger LTD Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 951. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 952. | | | | | Sold (part) | 04/17/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. | | | | | Sold (part) | 06/25/18 | J | | |
| 954. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 955. | | | | | Sold | 08/21/18 | J | | |
| 956.  - Jacobs Engineering Grp Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 957.  - The Goodyear Tire & Rubber Co. Common | A | Dividend | | | Sold (part) | 03/13/18 | J | | |
| 958. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 959. | | | | | Sold | 06/25/18 | J | | |
| 960.  - Nucor Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 961.  - Whiting Petroleum Corporation Common | | | | | Sold | 08/21/18 | J | A | |
| 962.  - International Paper Co. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 963. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 964. | | | | | Sold (part) | 04/17/18 | J | | |
| 965. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 966. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 967. | | | | | Sold | 07/30/18 | J | | |
| 968.  - Cabot Oil & Gas Corporation Common | A | Dividend | | | Sold | 02/09/18 | J | | |
| 969.  - Textron INC.DEL. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold | 08/21/18 | J | A | |
| 971.  - Netapp, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 972.  - Unum Group Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 973. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 974. | | | | | Sold | 08/21/18 | J | | |
| 975.  - Kohl's Corp (Wisconsin) Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 976.  - AMC Networks Inc. Common | | | | | Sold | 02/09/18 | J | | |
| 977.  - Anadarko Petroleum Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 978. | | | | | Sold | 08/21/18 | J | A | |
| 979.  - Mednax Inc Common | | | | | Sold | 05/22/18 | J | | |
| 980.  - Verifone Systems Inc Common | | | | | Sold | 06/25/18 | J | A | |
| 981.  - CNA Fincl.Corp. Common | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 982. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 983. | | | | | Sold | 06/25/18 | J | | |
| 984.  - Delphi Technologies PLC Common | | | | | Sold | 01/09/18 | J | A | |
| 985.  - Fluor Corporation Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 986.  - Microsemi Corp CL A Common | | | | | Sold | 05/29/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 62 of 150

**Name of Person Reporting**

Richardson, Julius N.

**Date of Report**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. - Mosaic Company (THE) Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 988. - TD Ameritrade Holding Corp Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 989. - Harley-Davidson Inc. Common | A | Dividend | | | Sold (part) | 03/13/18 | J | | |
| 990. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 991. | | | | | Sold | 08/21/18 | J | A | |
| 992. - Pacwest Bancorp Common | A | Dividend | | | Sold | 08/21/18 | J | | |
| 993. - Manhattan Associates Inc. Common | | | | | Sold | 02/09/18 | J | | |
| 994. - Campbell Soup Co. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 995. | | | | | Sold (part) | 03/13/18 | J | | |
| 996. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 997. | | | | | Sold | 06/25/18 | J | | |
| 998. - The Southern Co. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 999. | | | | | Sold (part) | 02/09/18 | J | | |
| 1000. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1001. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1002. | | | | | Sold | 08/21/18 | J | A | |
| 1003. - GGP Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1005. | | | | | Sold | 08/21/18 | J | A | |
| 1006. - Patterson-UTI Uti Energy Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 1007. - Spirit Airlines, Inc. Common | | | | | Sold | 01/09/18 | J | A | |
| 1008. - Copart Inc. Common | | | | | Sold | 08/21/18 | J | A | |
| 1009. - Sirius XM Holdings Inc. Common | | | | | Sold | 01/09/18 | J | | |
| 1010. - Apache Corp. Common | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 1011. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1012. | | | | | Sold | 08/21/18 | J | A | |
| 1013. - Seagate Technology PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1014. | | | | | Sold | 08/21/18 | J | A | |
| 1015. - Sabre Corporation Common | | | | | Sold | 02/09/18 | J | | |
| 1016. - Liberty Media Corporation Common | | | | | Sold | 01/09/18 | J | | |
| 1017. - Avnet Inc. Common | | | | | Sold | 02/09/18 | J | | |
| 1018. - MGM Resorts International Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1019. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1020. | | | | | Sold (part) | 05/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1022. | | | | | Sold | 08/21/18 | J | | |
| 1023. - Adient PLC Common | | | | | Sold (part) | 01/09/18 | J | A | |
| 1024. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1025. | | | | | Sold | 05/22/18 | J | A | |
| 1026. - Mattel, Inc. Common | A | Dividend | | | Sold | 08/21/18 | J | A | |
| 1027. - Noble Energy Inc. Common | A | Dividend | | | Sold | 02/09/18 | J | | |
| 1028. - Varex Imaging Corp. Common | | | | | Sold | 01/09/18 | J | A | |
| 1029. - Lam Research Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1030. | | | | | Sold (part) | 06/25/18 | J | | |
| 1031. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1032. | | | | | Sold | 08/21/18 | J | | |
| 1033. - A.O. Smith Corp (DEL) Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1034. | | | | | Sold | 06/25/18 | J | | |
| 1035. - Adobe Systems Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1036. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1037. | | | | | Sold | 08/21/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. - Advance Auto Parts, Inc. Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1039. | | | | | Sold | 08/21/18 | J | A | |
| 1040. - Advanced Micro Devices, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1041. | | | | | Sold (part) | 02/09/18 | J | | |
| 1042. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1043. | | | | | Sold | 08/21/18 | J | A | |
| 1044. - Agilent Technologies, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1045. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1046. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1047. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1048. | | | | | Sold | 06/25/18 | J | | |
| 1049. - Air Products & Chemicals Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1050. | | | | | Sold | 08/21/18 | J | A | |
| 1051. - Akamai Technologies Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1052. | | | | | Sold (part) | 02/09/18 | J | | |
| 1053. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1054. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. - Alexion Pharmaceuticals Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1056. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1057. | | | | | Sold (part) | 04/17/18 | J | | |
| 1058. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1059. | | | | | Sold | 08/21/18 | J | A | |
| 1060. - Alkermes PLC Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1061. | | | | | Sold | 04/17/18 | J | | |
| 1062. - Alliant Energy Corporation Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1063. | | | | | Sold | 03/13/18 | J | | |
| 1064. - American Electric Power Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1065. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1066. | | | | | Sold (part) | 04/17/18 | J | | |
| 1067. | | | | | Sold | 08/21/18 | J | A | |
| 1068. - American Intl Group, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1069. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1070. | | | | | Sold (part) | 03/13/18 | J | | |
| 1071. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. | | | | | Sold | 08/21/18 | J | | |
| 1073. - American Water Works Co, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1074. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1075. | | | | | Sold (part) | 04/17/18 | J | | |
| 1076. | | | | | Sold | 08/21/18 | J | A | |
| 1077. - AON PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1078. | | | | | Sold | 08/21/18 | J | A | |
| 1079. - Arch Capital group LTD. Common | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1080. | | | | | Sold | 05/22/18 | J | | |
| 1081. - Arconic Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1082. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1083. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1084. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1085. | | | | | Sold | 08/21/18 | J | A | |
| 1086. - Avalonbay Communities Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1087. | | | | | Sold (part) | 02/09/18 | J | | |
| 1088. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold | 05/22/18 | J | | |
| 1090. - Baker Hughes Inc Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1091. | | | | | Sold (part) | 06/25/18 | J | | |
| 1092. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1093. | | | | | Sold | 08/21/18 | J | | |
| 1094. - Ball Corporation Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1095. | | | | | Sold (part) | 05/22/18 | J | | |
| 1096. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1097. | | | | | Sold | 08/21/18 | J | A | |
| 1098. - Becton Dickinson & Co Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1099. | | | | | Sold (part) | 02/09/18 | J | | |
| 1100. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1101. | | | | | Sold | 05/22/18 | J | | |
| 1102. - Biomarin Pharmaceutical Inc. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1103. | | | | | Sold | 08/21/18 | J | A | |
| 1104. - Borgwarner Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1105. | | | | | Sold (part) | 02/09/18 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1107. | | | | | Sold (part) | 05/22/18 | J | | |
| 1108. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1109. | | | | | Sold | 08/21/18 | J | A | |
| 1110. - Boston Properties Inc Common Stock | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1111. | | | | | Sold | 08/21/18 | J | A | |
| 1112. - CA, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1113. | | | | | Sold | 08/21/18 | J | A | |
| 1114. - Cardinal Health Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1115. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1116. | | | | | Sold (part) | 04/17/18 | J | | |
| 1117. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1118. | | | | | Sold | 08/21/18 | J | | |
| 1119. - Carmax, Inc. Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1120. | | | | | Sold (part) | 02/09/18 | J | | |
| 1121. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1122. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. - CBRE Group Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1124. | | | | | Sold | 02/09/18 | J | | |
| 1125. - Celgene Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1126. | | | | | Sold (part) | 02/09/18 | J | | |
| 1127. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 1128. | | | | | Sold (part) | 04/17/18 | J | | |
| 1129. | | | | | Sold (part) | 05/22/18 | J | | |
| 1130. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1131. | | | | | Sold | 08/21/18 | J | A | |
| 1132. - Centerpoint Energy, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1133. | | | | | Sold | 05/22/18 | J | | |
| 1134. - Centurylink Inc Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1135. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 1136. | | | | | Sold | 08/21/18 | J | A | |
| 1137. - Cincinnati Financial CRP Common | | | | | | | | | |
| 1138. - Citrix Systems Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1139. | | | | | Sold | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 71 of 150

Name of Person Reporting

Richardson, Julius N.

Date of Report

05/14/2019

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. - Coach Inc Common | | | | | | | | | |
| 1141. - Colfax Corporation Common | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1142. | | | | | Sold | 06/25/18 | J | | |
| 1143. - Conagra Brands Inc Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1144. | | | | | Sold (part) | 05/22/18 | J | A | |
| 1145. | | | | | Sold | 08/21/18 | J | A | |
| 1146. - Cummins Inc Common Stock | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1147. | | | | | Sold (part) | 05/22/18 | J | | |
| 1148. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1149. | | | | | Sold | 08/21/18 | J | A | |
| 1150. - Davita Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1151. | | | | | Sold | 02/09/18 | J | | |
| 1152. - Dentsply Sirona Inc Common | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1153. | | | | | Sold | 06/25/18 | J | | |
| 1154. - Discover Financial Services Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1155. | | | | | Sold | 08/21/18 | J | A | |
| 1156. - Dover Corporation Common | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Sold (part) | 05/22/18 | J | A | |
| 1158. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1159. | | | | | Sold | 08/21/18 | J | A | |
| 1160. - Dr Pepper Snapple Group, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1161. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1162. | | | | | Sold (part) | 03/13/18 | J | A | |
| 1163. | | | | | Sold | 08/21/18 | J | A | |
| 1164. - DTE Energy Company Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1165. | | | | | Sold | 08/21/18 | J | A | |
| 1166. - Eaton Corp PLC Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1167. | | | | | Sold (part) | 04/17/18 | J | | |
| 1168. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1169. | | | | | Sold | 08/21/18 | J | A | |
| 1170. - Electronic Arts Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1171. | | | | | Sold | 08/21/18 | J | A | |
| 1172. - Envision Healthcare Corporation Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1173. | | | | | Sold | 08/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. - Equinix, Inc. REIT | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1175. | | | | | Sold (part) | 02/09/18 | J | | |
| 1176. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1177. | | | | | Sold | 08/21/18 | J | A | |
| 1178. - Expedia, Inc. Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1179. | | | | | Sold (part) | 02/09/18 | J | | |
| 1180. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1181. | | | | | Sold | 08/21/18 | J | A | |
| 1182. - Extra Space Storage Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1183. | | | | | Sold | 08/21/18 | J | A | |
| 1184. - Fifth Third Bancorp Common | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 1185. | | | | | Sold (part) | 05/22/18 | J | A | |
| 1186. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1187. | | | | | Sold | 08/21/18 | J | A | |
| 1188. - Fiserv Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1189. | | | | | Sold (part) | 02/09/18 | J | A | |
| 1190. | | | | | Buy (add'l) | 05/22/18 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

## FINANCIAL DISCLOSURE REPORT
Page 74 of 150

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. | | | | | Sold | 08/21/18 | J | A | |
| 1192. - Flex LTD. Common | | | | | Buy (add'l) | 07/30/18 | J | | |
| 1193. | | | | | Sold | 08/21/18 | J | | |
| 1194. - Flowserve Corporation Common | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1195. | | | | | Sold | 05/22/18 | J | | |
| 1196. - Foot Locker, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1197. | | | | | Sold (part) | 03/13/18 | J | | |
| 1198. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 1199. | | | | | Sold | 08/21/18 | J | | |
| 1200. - Garmin LTD. Common | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1201. | | | | | Sold | 03/13/18 | J | A | |
| 1202. - General Dynamics Corp. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1203. | | | | | Sold (part) | 05/22/18 | J | | |
| 1204. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1205. | | | | | Sold | 08/21/18 | J | A | |
| 1206. - General Electric Co Common | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1207. | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 05/14/2019 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. | | | | | Sold (part) | 04/17/18 | J | | |
| 1209. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 1210. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1211. | | | | | Sold | 08/21/18 | J | | |
| 1212. - Genuine Parts Co. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1213. | | | | | Sold | 04/17/18 | J | | |
| 1214. - Global PMTS Inc Common | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1215. | | | | | Sold (part) | 02/09/18 | J | | |
| 1216. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1217. | | | | | Sold | 08/21/18 | J | A | |
| 1218. - Godaddy.com, Inc. Common Class A | | | | | Buy (add'l) | 01/09/18 | J | | |
| 1219. | | | | | Sold | 08/21/18 | J | A | |
| 1220. - Harris Corp Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1221. | | | | | Sold | 06/25/18 | J | | |
| 1222. - Hasbro, Inc. Common | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 1223. | | | | | Sold (part) | 03/13/18 | J | | |
| 1224. | | | | | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |